# JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANKIE CORNELL ELLIS, | ) NO. CV 15-1995-JGB(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: <u>April 10, 2015.</u>

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE